**Joseph FIELDS, III, Appellant,**

v.

**Douglas L. WEBER, Individually and in his official capacity as Warden, South Dakota State Penitentiary; Daryl Slykhuis, Individually and in his official capacity as Deputy Warden, South Dakota State Penitentiary, Appellees.**

No. 10–3489.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 10, 2011.

Filed: Aug. 18, 2011.

Joseph Fields, III, Sioux Falls, SD, pro se.

James Ellis Moore, Michele Ann Munson, Woods & Fuller, Sioux Falls, SD, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Joseph Fields appeals from the adverse grant of summary judgment entered by the District Court[1] in this 42 U.S.C. § 1983 action. Upon careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was proper for the reasons stated in the District Court's order. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.